IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DELILAH KEY,

        Petitioner,

v.                      4:08cv379-WS/WCS

WALTER McNEIL,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 27, 2010. See Doc. 16. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 17) to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation in light of the petitioner's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED with prejudice.

    3. The clerk shall enter judgment accordingly.

    4. A certificate of appealability is DENIED because there has been no

substantial showing of the denial of a constitutional right.

DONE AND ORDERED this   10th   day of    February   , 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE